
☐AO 93    (Rev. 12/03) Search Warrant

# UNITED STATES DISTRICT COURT

District of | Alaska

CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

### In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

Express Mail EK 091590035 US, bearing meter strip number 0003095046 for the amount of $35.90, addressed to "3570 Erin drive, Nort (spelling error) pole, AK 99705," from "125 W Olive drive Apt "A", San Ysidro, Paul Velazquez."

## SEARCH & SEIZURE WARRANT

Case Number:   4:13-mj-00035-SAO

TO:   ANY U.S. POSTAL INSPECTOR OF THE    or any Authorized Officer of the United States
U.S. POSTAL INSPECTION SERVICE (USPIS)

Affidavit(s) having been made before me by   Kimberly E. Dallas    who has reason to believe
        Affiant

that   ☐   on the person of,   or   X   on the premises known as (name, description and/or)

The above described article, currently located at the Fairbanks Main Post Office, 5400 Mail Trail Road, Fairbanks, AK 99709.

in the |   | District of |   Alaska | there is now
concealed a certain property, namely (describe the person or property)

Narcotic controlled substances, namely cocaine, marijuana, methamphetamine, heroin, and/or proceeds from sale of controlled substances in violation of Title 21 Section 841(a)(1) and 843(b) and Title 18 Section 1716.

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the property so described is now concealed on the premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before    August 10, 2013
                                              Date

(not to exceed 10 days) the place named above for the person or property specified, serving this warrant and making the

search   ☒   in the daytime — 6:00 AM to 10:00 P.M.   ☐   at anytime in the day or night as I find reasonable cause has been established

established and if the property be found there to seize same, leaving a copy of this warrant and receipt for the
property taken, and prepare a written inventory of the property seized and promptly return this warrant   as required by law.

U.S. Magistrate Judge   (Rule 41 (f)(4))

August 1, 2013   at   4:00pm     at    Anchorage, AK
Date and Time Issued                          City and State

Scott A. Oravec   / U.S. Magistrate Judge
Name and Title of Judge

Recacted Signature

| **RETURN** | **Case Number:** | 4:13-MJ-00035-SAO |
|---|---|---|

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 8/1/13 | 8/1/13   4:34 Pm | |

INVENTORY MADE IN THE PRESENCE OF

Postal Inspector Justin Page

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

204.0 gross grams of white crystal substance field tested positive for methamphetamine.

Express mail parcel containing a small yellow "Scotch" bubble mailer, blue streamers, carbon paper, green tissue paper, food saver bag, zip lock bags, and a dryer sheet with plastic tape.

---

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Recacted Signature

Kirsten Dallas     | USPIS

Subscribed, sworn to, and returned before me this date

Redacted Signature

Signature of Judge      | August 2, 2013
                                   Date